JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Heidi Cunningham,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Meridian Credit Group, LLC,<br><br>　　　　　Defendant. | Case No. EDCV 18-1889 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, Plaintiff Heidi Cunningham Motion's for Default Judgment against Defendant Meridian Credit Group, LLC, is GRANTED IN PART. Default judgment is GRANTED as to both of Plaintiff's Causes of Action. Plaintiff's request for damages and attorneys' fees are GRANTED IN PART. The Court declares the following:

1. Plaintiff is AWARDED $2,000 in statutory damages, $8,410 in attorneys' fees, and $585 in costs.
2. Plaintiff is ORDERED to mail or personally serve a copy of this Judgment and the Order concurrently filed therewith to Defendant. Plaintiff shall file Proof of Service with the Court within ten days of the date of the Order.

Judgment is hereby entered in favor of Heidi Cunningham and against Meridian Credit Group, LLC.

Dated: February 11, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge